FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAY 1 1 2026

KEVIN P WEIMER, Clerk
By: ___ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

UNITED STATES OF AMERICA

v.

STEVEN ESTRADA FEREGRINO

Criminal Information

No. 3:26-CR-10

THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
**(False Statements to a Federal Firearms Licensee 18 U.S.C. § 922(a)(6))**

On or about August 8, 2025, in the Northern District of Georgia, defendant STEVEN ESTRADA FEREGRINO, aided and abetted by others known and unknown, in connection with the acquisition of at least one of the following firearms:

a.      one Ceska Zbrojovka (CZ), model CZ75 B, 9mm pistol;

b.      three Beretta Pietro S.P.A, model 80X Cheetah, .380 caliber pistols; and

c.      three UMAREX Sportwaffen GMBH & Co. KG, model Beretta M9, .22 caliber pistols,

did knowingly cause A.M. to make a false and fictitious written statement to Autrey's Armory, a licensed dealer of firearms within the meaning of Chapter 44, Title 18 of the United States Code, which statement was intended and likely to deceive Autrey's Armory as to a fact material to the lawfulness of the sale of the aforementioned firearm(s), in that A.M. falsely represented that A.M. was the actual buyer of the firearm(s), all in violation of Title 18, United States Code, Section 922(a)(6) and Section 2.

## Count Two
### (Perjury 18 U.S.C. § 1621)

On or about November 5, 2025, in the Northern District of Georgia, the defendant, STEVEN ESTRADA FEREGRINO, having taken an oath before the Atlanta Immigration Court (Ted Turner Drive SW), a competent tribunal of the Executive Office of Immigration Review, Office of the Chief Immigration Judge, to testify truly during an immigration bond hearing, a proceeding duly authorized by the Executive Office of Immigration Review, Office of the Chief Immigration Judge, in connection with a case in which a law of the United States authorizes an oath to be administered, that is, *Matter of Rojano-Gonzalez*, Alien File (A-File) 242-134-428, did willfully, knowingly, and contrary to such oath make the following false material declarations, which he did not believe to be true and which were not true, in response to the following questions (said false responses set forth in bold face):

### 1. First Specification of Perjured Testimony:
That BRENDA ROJANO-GONZALEZ did not shoot a firearm at a shooting range on October 21, 2025.

Q: To your knowledge, did your spouse shoot the firearm when she was with you at the firing range the date of her arrest?
A: **No.**

### 2. Second Specification of Perjured Testimony:
That BRENDA ROJANO-GONZALEZ never tried to shoot a firearm

Q: To your knowledge, has she ever tried to shoot a firearm?
A: **No.**

2

It was material to the aforesaid proceeding to determine whether BRENDA ROJANO-GONZALEZ was a danger to persons or property such that she would be required to remain in immigration custody;

All in violation of Title 18, United States Code, Section 1621(1).

## Forfeiture Provision

Upon conviction of Count One of this Information, the defendant STEVEN ESTRADA FEREGRINO, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition used or involved in the commission of the offense.

If, as a result of any act or omission of a defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

3

THEODORE S. HERTZBERG
  *United States Attorney*

*Noah R. Schechtman*

NOAH R. SCHECHTMAN
  *Assistant United States Attorney*
Georgia Bar No. 937828

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181